| DIST. | OFF. | DOCKET YEAR NUMBER | FILING DATE MO. DAY YR. | J | N/S | O PTY | D DEF | R | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY DEM. | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 207 | 1 | 83 2737 | 06 24 83 | 1 | 442 | | 1 | | | J 07-24 36047 ALTIMARI, J. NICKERSON, I. | | | 83 2737 |

# CV 83 2737

## PLAINTIFFS

USA

UNITED STATES OF AMERICA

## DEFENDANTS

Other  SUFFOLK COUNTY, & et al

SUFFOLK COUNTY, a municipal corporation organized pursuant to the laws of the State of NYork; Suffolk COUNTY POLICE DEPARTMENT; DONALD J. DILWORTH, Commissioner, Suffolk County Police Department; SUFFOLK COUNTY CIVIL SERVICE COMMISSION; SUFFOLK COUNTY PATROLMAN'S BENEVOLENT ASSSOCIATION, INC.; and SUFFOLK COUNTY SUPERIOR OFFICERS ASSOCIATION, INC.,

**CLOSED**

## CAUSE

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 U.S.C. sec. 2000e, et seq. SEEKS: PRELIMINARY ENJOINMENT AND PERMANENT ENJOINMENT OF DISCRIMINATORY EMPLOYMENT PRACTICES AND ACTIONS, PLUS COSTS AND DISBURSEMENTS OF ACTION.

## ATTORNEYS

JOHN M. GADZICHOWSKI, AUSA
SENIOR TRIAL ATTORNEY
U. S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
FEDERAL ENFORCEMENT SECTION, RM 5517
WASHINGTON, D. C. 20530
202-633-2188

DAVID J. GILMARTIN
COUNTY ATTORNEY FOR SUFFOLK COUNTY
Department of Law
H. Lee Dennison Building-8th Fl.
Veterans Memorial HIghway
Hauppauge, N. Y. 11788

JAMES M. CATTERSON, JR.
314 MAIN STREET
PORT JEFFERSON, NEW YORK. 11777
516/473-1122

ATTORNEY SUFFOLK COUNTY SUPERIOR
OFFICERS ASSOCIATION:
ROBERT E. RUDNER
The Shore Building
629 Route 112,
Patchogue, New York 11772
(516) 654-8988

FOR DEFT: SUFFOLK COUNTY PATROLMEN'S
BENEVOLENT ASSOC., INC.
DeMARTIN, KRANZ, DAVIS & HERSH
601 Veteran's Memorial Highway
Hauppauge, New York 11788
Attn: Charles P. DeMartin
(516) 979-9200

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 9/31)

**USA VS. SUFFOLK COUNTY & ET AL**

**CV 83 2737**

**NICKERSON, J.**

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 06/24/83 | | Complaint filed and summons issued. NP(1) |
| 8/9/83 | | Defendants ANSWER, FILED. Kaj(2) |
| 08.15.83 | | Defendant Suffolk County Superioe Officers Assocation's ANSWER, filed. ---- gp (3) |
| 8/19/83 | | Summons returned and filed, Executed. Kaj(4) |
| 8-30-83 | | Suffolk defts' first request for production of documents, filed. gv (5) |
| 8-30-83 | | Suffolk Defts' first set of intergs to pltff, filed. gv (6) |
| 9/8/83 | | ANSWER filed by atty for deft. Suffolk County Patrolmen's Benevolent Assoc., Inc. fc (7) |
| **1984** | | |
| 1-26- | 8 | By Altimari, J., dtd 1-26-84, Fld Stip & Order that the exam for the position of police officer that had been scheduled for 10-29-83 is rescheduled for 4-28-84.. The entrance level exam to be administered on 4-28-84 shall be prepared by the Educational Testing Service of Princeton, N.J., etc.. hb |
| **1986** | | |
| 3/31 | 9 | Notification of case reassignment by random selection to J.Nickerson filed.  j/n  c/m  v1 |
| 6/19 | 10 | Letter from pltff.'s counsel to EHN dtd. 6/12/86 - confirming that the pre-trial conf. is rescheduled for 6/27/86 at 10:30am, filed. (ent'd 6/19/86) vv |
| 8/15 | 11 | Joint Motion for Entry of Consent Decree filed with unsigned Consent Decree. (Ent'd 8/15/86) GB |
| 9/12 | 12 | Letter dated 9/8/86 from John M. Gadzichowski, pltff.'s atty. to J. Nickerson confirming that he advised parties of oral argument on the joint motion for entry of the consent decree which hearing will be 9/12/86 at 10:30 a.m. Filed. (Ent'd 9/12/86) GB |
| ** 8/15 | 13 | By EHN, Consent Decree/judgment dated 9/12/86. Filed. For more details see Consent Decree. (Ent'd 9/22/86) GB |
| 9/11 | 14 | By J. Nickerson, Stip/Order dated 9/12/86 that the term "retroactive seniority" as used in Paragraph 15b of the proposed Decree shall be construed to refer to the award of seniority for all purposes; and in no event, shall the retroactive seniority date awarded to any victim predate 7/15/86. For more details see stip. Filed (Ent'd 9/22/86) GB |
| 9/12 | -- | Before J. Nickerson, case called. Counsel for all sides present. Motion argued for entry of consent judgment. Motion granted. GB |
| 10/22 | 15 | Ltr to Clerk from Martin Bradley Ashare dtd 10/22/87 enclosing for filing a copy of a proposed modification of the Consent Decree entered into this matter on 9/12/86. As yet not all of the parties have agreed to the modification. This matter is scheduled for a status conference before EHN on 11/12/87 at 11:00 a.m., filed. (ent'd 10/22/87) sh |
| 11/12 | -- | Before Nickerson, J., Case called. Counsel for all parties present. Conference held. sh |
| 11/13 | 16 | Resolution No. 1223 - Approving a proposed consent order between the United States of America and the County of Suffolk, filed. (ent'd 11/13/87) sh |
| 11/13 | 17 | By Nickerson, J., Consent Order dtd 11/12/87, filed. (ent'd 11/13/87) sh |
| 11/13 | 18 | Certified copy of Steonographer's Transcript of Motion before EHN on 11/12/87 at 11:00 a.m., filed. (ent'd 11/16/87) sh |

cont'd

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 83-2737 |
|---|---|---|
| UNITED STATES OF AMERICA | SUFFOLK COUNTY, ET AL | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1988** 3/17 | 19 | By Nickerson, J., Order to Show Cause dtd 3/14/88 that on the 25th day of March, 1988 at 9:30 a.m. Suffolk County and the United States of AMerica show cause why an order should not be made granting the within motion to intervene in the proceeding and granting other and further relief as to the Court may seem just and proper, filed.      (ent'd 3/18/88)      sh |
| 3/23 | 20 | Supplemental Affidavit of Morton Stark, filed.  (entd.3/24)   mw |
| 3/29 | 21 | Plaintiff's Memorandum in Opposition to the Motion of DANIEL P. AUCIELLO to intervene as a plaintiff, filed.   (ent'd 3/29/88)  sh |
| **3/22 | 22 | Eugene R. Kelley's Affirmation in Support of Defendants' Motion to deny, filed.        (ent'd 3/29/88)     sh |
| 4/8 | 23 | Memorandum of Proposed Petitioner Intervenor Daniel P. Auciello, filed.                 (ent'd 4/13/88)       sh |
| 4/9 | 24 | Lester B. Lipkind's Reply Affirmation, filed.  (ent'd 4/13/88)  sh |
| 4/13 | 25 | Reply Memorandum of Plaintiff United States, filed.  (ent'd 4/13/88)  sh |
| 4/13 | 26 | Memorandum of Proposed Petitioner-Intervenor Daniel P. Auciello, filed        (ent'd 4/13/88)       sh |
| 4/14 | 27 | By Nickerson, J., Consent Order dtd 4/12/88 that upon the Joint Motion of the United States and SUffolk County, made pursuant to paragraphs 6 of the 09/12/86 COnsent Decree, this Court hereby APPROVES of the COunty's administration of the LECR on 4/16/88 to candidates for appointment to the position of polce officer in the SCPD, as well as the subsequent use by the County of the results obtained from that administration of the LECR in the selection of such candidates for appointment, provided that such use is consistent with the recommendations of RBH and with the provisions of the UNIFORM GUIDELINES, filed.    (ent'd 4/14/88)       sh |
| *4/12 | 28 | Before Nickerson, J., Case called.  Counsel for all sides present. Motion argued.  Motion granted.                     sh |
| 5/27 | 29 | By Nickerson, J., Consent Order dtd 5/27/88, filed.  (CONSENT ORDER SIGNED BY DEFENDANTS" SUFFOLK COUNTY, SEE ORDER FOR DETAILS)          (ent'd 5/31/88)      sh |
| **4/6 | 30 | Memoranudm in Support of the Joint Motion of Plaintiff United States and the Suffolk County Defendants, filed.  (ent'd 6/8/88) RECEIVED BY DOCKET CLERK ON 6/7/88.        SH |
| **4/6 | 31 | Joint Motion for Entry of Consent Order, filed.  (ent'd 6/8/88) RECEIVED BY DOCKET CLERK ON 6/7/88.        SH |
| 6/20 | 32 | By Nickerson, J., Memorandum and Order dtd 6/17/88 that Daniel P. Auciello's motion to intervene is denied, filed.  (ent'd 6/20/88)                                sh              C/M |
| 7/21 | -- | Before Platt, CH., J., Case called for an Order to Show Cause why the 5/27/88 Order of Judge Nickerson should not be amended. Counsel for all parties present.  Motion argued.  Case adjourned to 8/1/88 at 9:00 a.m. before Judge Nickerson.                sh |

| PLAINTIFF | DEFENDANT | DOCKET NO. 83-2737 |
|---|---|---|
| UNITED STATES OF AMERICA | SUFFOLK COUNTY, ET AL | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1988** | | |
| 8/1 | -- | Before Nickerson, J., Case called. Conference held. Stipulations signed.   sh |
| 8/4 | 33 | By Nickerson, J., Order dtd 8/1/88 in regard to the award of retroactive seniority credit for all purposes except pension, filed. (ent'd 8/4/88)   sh   (SEE ORDER FOR FURTHER DETAILS) |
| 8/4 | 34 | By Nickerson, J., Stip/Order dtd 8/1/88 that Suffolk County shall promote Justo Rivera to the position of Police Officer in the SCPD within the next two classes of Police Officer recruits appointed by the County following the approval and entry by the Court of this Stipulation and upon Mr. Rivera's sucessful completion o fthe County's probationary period, Suffolk County shall retain Mr. Rivera as a Police officer in the SCPD and award him a retroactive seniority date in that position of 7/15/86, for all purposes except pension, filed. (ent'd 8/4/88)   sh |
| 8/4 | 35 | Ronald J. Davis's Affirmation in response to the application of co-defendant Suffolk COunty for an order amending the 5/27/88 Order of this Court, filed.   (ent'd 8/4/88)   sh |
| 9/7 | 36 | Letter to Judge Nickerson from Dennis E. Milton dtd 8/30/88 regarding developments since the entry of the Consent Order dtd 8/1/88, filed.   (ent'd 9/7/88)   hs |
| 9/7 | 37 | By Nickesron, J., Stip/Order dtd 9/1/88 that Suffolk County shall promote James Rodriquez to the position of Police Officer in the SCPD within the next two classes of Police officer recruits appointed by the County following the approval and entry by the Court of this Stipulation; upon Mr. Rodriguez's successful completion of the County's probationary period, Suffolk county shall retain Mr. Rodriguez as a Police Officer in the SCPD, filed. (ent'd 9/7/88)   sh |
| **1989** | | |
| 2-14 | 38 | COPY of letter to Dennis Milton from Martin Hacala dated 2-14-89. Re: Providing additional information, pursuant to Paragraph 33 of the Consent Decree.   (ent.2-23-89)   LCJ |
| 3/29 | 39 | Copy of letter to John M. Gadzichowski,Esq. from Dennis Milton dated 3/14/89. Re: Copies of documents as requested per conversation of 2/14/89. (attached copies of documents) (ent.3/29/89)   LCJ |