UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

SUFFOLK COUNTY, et al.,

Defendants.

**NOTICE OF APPEARANCE**

**83-cv-2737**

PLEASE TAKE NOTICE that Susan A. Flynn, Deputy County Attorney of the Suffolk County Attorney's Office, does hereby enter his appearance on behalf of Defendant County of Suffolk. Any and all correspondence, documents, notices and filings should be forwarded to Susan Flynn, Assistant County Attorney, P.O. Box 6100, 100 Veterans Memorial Highway, Hauppauge, New York 11788-0099.

Dated: Hauppauge, New York
September 25, 2026

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney
P.O. Box 6100
100 Veterans Memorial Hwy.
Hauppauge, New York 11788-0099
631-853-4049 Phone
/s/ Susan A. Flynn
By: Susan A. Flynn
Deputy County Attorney