UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

-against- 1:83-CV-02737 (EHN)

SUFFOLK COUNTY, et al.

Defendants.

---------------------------------------------------------x

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as attorney of record in this case for Plaintiff United States. I certify that I am an attorney appearing for the Department of Justice and thus do not require *pro hac vice* admission per Local Civil Rule 1.3(l).

Dated: Washington, D.C.

October 26, 2026

Respectfully submitted,

*/s/ Robert L. Galbreath*
ROBERT L. GALBREATH, DC Bar # 460389
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street, N.E., Room 9.143
Washington, DC 20530
Phone (cellular): (202) 532-5157
Facsimile: 202-514-1005
Robert.Galbreath@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify on this the 26th day of October 2026 that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notify all counsel of record.

*/s/ Robert L. Galbreath*

Robert L. Galbreath

Senior Trial Attorney