UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>v.<br><br>SUFFOLK COUNTY, ET AL.,<br>DEFENDANTS. | CIV. ACTION NO. 83-CV-2737 |

# JOINT MOTION FOR DISSOLUTION OF CONSENT DECREE AND DISMISSAL OF ACTION

In 1983, the United States filed a complaint against Suffolk County, the Suffolk County Police Department, the Commissioner of Police, and the Suffolk County Civil Service Commission (collectively Suffolk County) to enforce Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*. (Title VII) related to employment practices in the Suffolk County Police Department (SCPD). Dkt. No. 1. No other party has been granted intervention in this case. The United States, Suffolk County, and the Suffolk County Patrolmen's Benevolent Association, Inc., negotiated a Consent Decree (Decree), related to hiring, promotion, and terms and conditions of employment of female, black, and Hispanic individuals involving sworn and non-sworn positions in the SCPD, which the Court entered on September 12, 1986. Dkt. No. 13. The Decree has been in active compliance monitoring status since entry.

The Parties seek dissolution of the Decree pursuant to Paragraph 37, which allows for dissolution five years after entry if Suffolk County has "complied with this Decree in all material respects." Dkt. No. 13. The Parties stipulate that Suffolk County has complied with the Decree in

all material respects as follows:

- During the life of the Decree, among other things, Suffolk County has responded in good faith to the United States' requests for information as part of monitoring compliance with the Decree's terms.
- Specifically, the SCPD's selection procedures for entry-level hiring, sergeant promotion, detective and special assignments, and transfers have been evaluated under the Decree's terms. The United States has reviewed and not objected to the use of the selection procedures currently in place for these positions.
- In addition to evaluating the selection procedures for entry-level hiring in the SCPD, the United States also analyzed the steps after the written examination in the entry-level process to determine if there was evidence of a pattern or practice violation of Title VII. The United States did not object to SCPD's use of any of the subsequent steps.
- Suffolk County, with input from the United States, has in place a recruitment program for sworn and non-sworn positions in the SCPD that it is constantly evaluating in good faith for increased effectiveness.
- Suffolk County has provided all individual relief.

Accordingly, Suffolk County has complied with the Decree in all material respects, and the Parties jointly request the Court dissolve the Decree.

Date: November 9, 2026

Respectfully submitted,

HILARY PINION
Chief
Employment Litigation Section
Civil Rights Division

/s/_*Robert L. Galbreath*______________
Robert L. Galbreath (DC Bar No. 460389)
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street, NE
Washington, DC 20002
Telephone: (202) 532-5157
Facsimile: (202) 514-1005
Robert.Galbreath@usdoj.gov

*Counsel for Plaintiff United States*

/s/_*Susa A. Flynn*____________
Susan A. Flynn
Deputy County Attorney
Suffolk County Attorney's Office
100 Veterans Memorial Highway
Hauppauge, NY 11788
Telephone: 631-853-4055
Susan.Flynn@suffolkcountyny.gov

*Counsel for Defendant Suffolk County*

/s/ *David A. Davis*_____________
David A. Davis, Esq.
Davis & Ferber, LLP
1345 Motor Parkway
Islandia, NY 11749
Telephone: (631) 543-2900
Facsimile: (631) 543-2987
ddavis@davisferber.com

*Counsel for Defendant Suffolk County Patrolmen's Benevolent Association, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 9, 2026, a true and accurate copy of the foregoing was filed via this Court's CM/ECF system and therefore served on all parties of record. The undersigned further certifies that on November 9, 2026, a copy of the foregoing also was served via electronic mail on the following:

David A. Davis, Esq.
Davis & Ferber, LLP
1345 Motor Parkway
Islandia, NY 11749
Telephone: (631) 543-2900
Facsimile: (631) 543-2987
ddavis@davisferber.com

*/s/ Robert L. Galbreath*
ROBERT L. GALBREATH
Senior Trial Attorney